IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,          )<br>                                                )<br>            Plaintiff-Respondent,  )<br>                                                )<br>vs.                                           )<br>                                                )<br>                                                )<br>Efren Cobian-Jimenez,             )<br>                                                )<br>            Defendant-Movant.    )<br>                                                )<br>_____ ) | CR 03-1089-PHX-EHC<br>CV 04-2630-PHX-EHC (JM)<br><br>**ORDER** |

Movant filed an Amended Motion [dkt. 47] to Vacate, Set Aside, or Correct his Sentence of 41 months in federal custody. Movant contends his counsel was ineffective in explaining his plea agreement and that the Court violated the Double Jeopardy Clause by enhancing his sentence based on his criminal history.

On January 5, 2006, Magistrate Judge Jacqueline Marshall issued a Report and Recommendation [dkt. 55], recommending the denial of Movant's Motion. The Magistrate reports that Movant admits his counsel correctly informed him that under the plea agreement he faced a sentence of 27 to 71 months. [Dkt. 55, p. 2].

Movant has not filed an Objection or otherwise responded to the Report and Recommendation.

The Court having reviewed the record *de novo*, adopts in full the Report and Recommendation of the Magistrate Judge and incorporates the same as a part of this Order.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge is adopted in full. [Dkt. 55].

**IT IS FURTHER ORDERED** that Movant's Amended Motion [dkt. 47] to Vacate, Set Aside, or Correct his Sentence is **DENIED**.

DATED this 4th day of April, 2006.

_____
Earl H. Carroll
United States District Judge